# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of May, two thousand fifteen.

_____

United States of America, State of Maryland, State of Missouri, State of Vermont, State of Utah, State of Arizona, State of New Hampshire, State of Connecticut, State of Iowa, State of Michigan, State of Ohio, State of Texas, State of Illinois, State of Tennessee, State of Montana, State of Nebraska, State of Idaho, State of Rhode Island,

    *Plaintiffs - Appellees,*

v.

American Express Company, American Express Travel Related Services Company, Inc.,

    *Defendants - Appellants.*

**ORDER**

Docket No. 15-1672

_____

    Appellants American Express Company and American Express Travel Related Services Company, Inc. have filed an emergency motion for a stay of the permanent injunction issued by the District Court on April 30, 2015, pending the Court's determination of this appeal.

    IT IS HEREBY ORDERED that the Appellants' motion is REFERRED to a three-judge motions panel sitting on June 16, 2015. Any opposition to the motion must be filed by June 5, 2015. Any reply papers must be filed by June 11, 2015.

                                  For the Court:

                                  Catherine O'Hagan Wolfe,
                                  Clerk of Court

