UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **15-1672**

Caption [use short title]

Motion for: **Leave to Appear Pro Hac Vice**

**United States, et. al.,
Plaintiffs-Appellees,
v.
American Express Co., et al.,
Defendants-Appellants.**

Set forth below precise, complete statement of relief sought:

**The undersigned moves for leave to appear pro hac vice as counsel for Amici Curiae Merchants [see attached list]**

MOVING PARTY: ☐ Plaintiff  ☐ Defendant  ☐ Appellant/Petitioner  ☐ Appellee/Respondent

OPPOSING PARTY: _____

MOVING ATTORNEY: **Paul E. Slater**

OPPOSING ATTORNEY: _____

[name of attorney, with firm, address, phone number and e-mail]

**Sperling & Slater, P.C.**
**55 West Monroe Street, Suite 3200**
**Chicago, IL  60603**

**312-641-3200**
**pes@sperling-law.com**

Court-Judge/Agency appealed from: **Hon. Nicholas G. Garaufis, U.S. District Court for the Eastern District of New York**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed ☑ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☐ No ☑ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this Court? ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☐ No  If yes, enter date: _____

Signature of Moving Attorney:
**/s/ Paul E. Slater**  Date: **June 2, 2015**  Service by: ☐ CM/ECF ☑ Other [Attach proof of service]

Form T-1080 (rev. 12-13)

# **Exhibit A**

*Amici Curiae* Merchants

Ahold U.S.A., Inc.
Albertsons LLC
BI-LO LLC
CVS Caremark Corp.
The Great Atlantic and Pacific Tea Company, Inc.
H.E. Butt Grocery Co.
Hy-Vee, Inc.
The Kroger Co.
Meijer, Inc.
Publix Super Markets, Inc.
Raley's Inc.
Rite Aid Corporation
Safeway Inc.
Supervalu, Inc.
Walgreen Co.

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES, et al., | ) |
| | ) |
|     Plaintiffs-Appellees, | ) |
| | ) |
| v. | )   No. 15-1672 |
| | ) |
| AMERICAN EXPRESS CO., et al., | ) |
| | ) |
|     Defendants-Appellants. | ) |

## **MOTION FOR LEAVE TO APPEAR *PRO HAC VICE***

Paul E. Slater hereby respectfully moves for leave to appear *pro hac vice* as counsel for the *Amici Curiae* Merchants (listed on the attached Exhibit A).

Undersigned counsel represents numerous major grocery and pharmacy chains and other merchants and is seeking leave to appear *pro hac vice* in this matter for the purpose of filing, on behalf of these merchants and with leave of this Court, an *amicus* opposition to Appellant American Express' emergency motion to stay a District Court permanent injunction pending appeal, and subsequently an *amicus* brief regarding the merits of the emergency motion. By order of this Court, any opposition to the emergency motion to stay is due by June 5, 2015.

I certify that I was originally admitted to the practice of law in the State of Illinois in 1970, and am admitted to appear before, and am a member in good standing of, the bars of the United States District Courts for the Northern District of Illinois and the Western District of Michigan. I am also admitted to practice

before the following courts: the United States Courts of Appeals for the Sixth, Seventh, Eleventh, and Federal Circuits, and the United States Supreme Court.

June 2, 2015                    Respectfully submitted,

/s/ Paul E. Slater
Paul E. Slater
Sperling & Slater, P.C.
55 West Monroe Street, Suite 3200
Chicago, IL  60603
(312) 641-3200
pes@sperling-law.com

Attorney for *Amici Curiae* Merchants

# **Exhibit A**

*Amici Curiae* Merchants

Ahold U.S.A., Inc.
Albertsons LLC
BI-LO LLC
CVS Caremark Corp.
The Great Atlantic and Pacific Tea Company, Inc.
H.E. Butt Grocery Co.
Hy-Vee, Inc.
The Kroger Co.
Meijer, Inc.
Publix Super Markets, Inc.
Raley's Inc.
Rite Aid Corporation
Safeway Inc.
Supervalu, Inc.
Walgreen Co.

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

United States, et al. v.

American Express Co., et al.

**CERTIFICATE OF SERVICE**
Docket Number: 15-1672

I, Paul E. Slater (name), hereby certify under penalty of perjury that on June 2, 2015 (date), I served a copy of Motion for Leave to Appear Pro Hac Vice

(list all documents)

by (select all applicable)*

- [✓] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [✓] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Evan R. Chesler | 825 Eighth Ave. | New York | NY | 10019 |
| Nickolai G. Levin | 950 Pennsylvania Ave. NW | Washington | DC | 20530 |
| | | | | |
| | | | | |

June 2, 2015
Today's Date

/s/ Paul E. Slater
Signature

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form