**NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL**

Short Title: United States of America v. American Express     Docket No.: 15-1672

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Peter Barbur

Firm: Cravath, Swaine & Moore LLP

Address: 825 8th Avenue, New York, NY 10019

Telephone: (212) 474-1000     Fax: (212) 474-3700

E-mail: pbarbur@cravath.com

Appearance for: Defendants-Appellants American Express Co. and American Express Travel Related Services Co., Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Evan R. Chesler, Cravath, Swaine & Moore LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on January 5, 2015     OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Peter Barbur

Type or Print Name: Peter Barbur