# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 15-1672

**Caption [use short title]**

**Motion for:** Leave to File Instanter Amici Curiae Brief in Opposition to the Emergency Motion to Stay Injunction Pending Appeal

United States et al.,
Plaintiffs-Appellees
v.
American Express Co. et al.,
Defendants-Appellants

**Set forth below precise, complete statement of relief sought:**

Movants seek leave to file instanter an amicus brief in opposition to the Emergency Motion to Stay Injunction Pending Appeal of American Express Co. and in support of the United States and affirmance of the district court's order below denying a stay pending appeal.

**MOVING PARTY:** 89 Merchants and 4 Trade Associations
☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** American Express Co.

**MOVING ATTORNEY:** Paul E. Slater
**OPPOSING ATTORNEY:** Evan R. Chesler
[name of attorney, with firm, address, phone number and e-mail]

Sperling & Slater, P.C.
55 West Monroe, Suite 3200, Chicago, IL 60603
312-641-3200, pes@sperling-law.com

Cravath, Swaine & Moore LLP
825 Eighth Ave., Worldwide Plaza, New York, NY 10019
212-474-1000, echesler@cravath.com

**Court-Judge/Agency appealed from:** Hon. Nicholas G. Garaufis, U.S. District Court for the Eastern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:

**Signature of Moving Attorney:**
/s/ Paul E. Slater   **Date:** June 5, 2015   **Service by:** ☐ CM/ECF  ☑ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)