# Bondurant Mixson & Elmore LLP

FRANK M. LOWREY IV

Writer's Direct Dial
(404) 881-4118
lowrey@bmelaw.com

June 8, 2015

Via Email - newcases@ca2.uscourts.gov

Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *United States, et al. v. American Express Co., et al.*
Docket No. 15-1672

Dear Clerk of Court:

Per your request, our law firm consents to the content and request for relief in the motion for leave to file the amicus brief, and the amicus brief itself, filed by the Sperling & Slater law firm.

Respectfully submitted,

Frank M. Lowrey IV

Counsel for Amicus, Home Depot, USA, Inc.

FML/vrl