UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of June, two thousand and fifteen.

_____

United States of America, *et al.*,

    *Plaintiffs-Appellees*,

v.

American Express Company, American Express Travel Related Services Company, Inc.,

    *Defendants-Appellants*.

**ORDER**
Docket No. 15-1672

_____

    In an order dated June 16, 2015, the Court denied Appellant's motion for a stay pending appeal, but ordered that the consideration of the appeal is expedited, on a schedule to be determined by the Clerk of Court. On June 19, 2015, the parties each submitted letters with proposed briefing dates. Upon consideration thereof,

    IT IS HEREBY ORDERED that the parties must comply with the following expedited briefing schedule: Appellants' principal brief and the joint appendix are due August 3, 2015; Appellees' answering brief is due September 14, 2015; and Appellants' reply brief is due September 28, 2015. The appeal shall be calendared to be heard the week of November 23, 2015, or the first available week thereafter.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court

