# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s)**: 15-1672

**Caption [use short title]**

**Motion for:** Leave to File Brief Under Seal pursuant to Local Rule 25.1(j)

United States et al.,
Plaintiffs-Appellees
v.
American Express Co. et al.,
Defendants-Appellants

Set forth below precise, complete statement of relief sought:
Order permitting Defendants-Appellants American Express Company and American Express Travel Related Services Company, Inc. to file under seal its opening brief, which discusses confidential information appearing in trial exhibits that were admitted into the record under seal or with redactions pursuant to the District Court's order.

**MOVING PARTY:** American Express Co.
☐ Plaintiff   ☑ Defendant
☑ Appellant/Petitioner   ☐ Appellee/Respondent

**OPPOSING PARTY:** United States

**MOVING ATTORNEY:** Evan R. Chesler

**OPPOSING ATTORNEY**: Nickolai G. Levin

[name of attorney, with firm, address, phone number and e-mail]

Cravath, Swaine & Moore LLP
825 Eighth Avenue, Worldwide Plaza, New York, NY 10019
(212) 474-1000, echesler@cravath.com

U.S. Department of Justice, Antitrust Division, Appellate Section
950 Pennsylvania Ave. NW, Off. 3224, Washington, DC 20530
(202) 514-2886, nickolai.levin@usdoj.gov

Court-Judge/Agency appealed from: Hon. Nicholas G. Garaufis, U.S. District Court for the Eastern District of New York

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes ☑ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this Court?   ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?   ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☑ No If yes, enter date:

**Signature of Moving Attorney:**
/s/ Evan R. Chesler   Date: 8/3/15   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

**Form T-1080** (rev. 12-13)